B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Western District of Pennsylvania | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Great Plains Exploration, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**56-2349495** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**8500 Station Street, Suite 113**<br>**Mentor, OH**<br>ZIP Code **44060** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Lake** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | **8653 & 8649 East Avenue and Lake County Ohio (various locations)**<br>**Mentor, OH 44060** |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ■ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ■ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ■ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | **Great Plains Exploration, LLC** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed:  - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **Oz Gas, LTD** | Case Number: **12-10057** | Date Filed: **1/11/12** |
| District: **Western District of Pennsylvania** | Relationship: **Affiliate** | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>Signature of Attorney for Debtor(s)       (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Great Plains Exploration, LLC** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X  /s/ Robert S. Bernstein**
Signature of Attorney for Debtor(s)

**Robert S. Bernstein 34308**
Printed Name of Attorney for Debtor(s)

**Bernstein Law Firm, P.C.**
Firm Name

**Suite 2200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219**
Address

**(412) 456-8100  Fax: (412) 456-8135**
Telephone Number

**January 11, 2012**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ Richard M. Osborne**
Signature of Authorized Individual

**Richard M. Osborne**
Printed Name of Authorized Individual

**CEO**
Title of Authorized Individual

**January 11, 2012**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Western District of Pennsylvania

In re  **Great Plains Exploration, LLC**  
                           Debtor(s)

Case No. _____  
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Orwell-Trumbull Pipeline Company**<br>**3511 Lost Nation Rd.**<br>**Suite 113**<br>**Willoughby, OH 44094** | **Orwell-Trumbull Pipeline Company**<br>**3511 Lost Nation Rd.**<br>**Suite 113**<br>**Willoughby, OH 44094** | **Trade debt** | **Unliquidated** | **364,089.21** |
| **Big Oats Oil Field Supply**<br>**38700 Pelton Road**<br>**Willoughby, OH 44094** | **Big Oats Oil Field Supply**<br>**38700 Pelton Road**<br>**Willoughby, OH 44094** | **Trade debt** | **Unliquidated** | **65,352.68** |
| **Westfield Insurance**<br>**PO Box 9001566**<br>**Louisville, KY 40290** | **Westfield Insurance**<br>**PO Box 9001566**<br>**Louisville, KY 40290** | **Insurance** | **Unliquidated** | **48,712.10** |
| **Quality Boring & Excavating**<br>**PO Box 12**<br>**Newbury, OH 44065** | **Quality Boring & Excavating**<br>**PO Box 12**<br>**Newbury, OH 44065** | **Trade debt** | **Unliquidated** | **43,699.00** |
| **PCO Mayfield, Ltd.**<br>**5001 Mayfield Road**<br>**Suite 207**<br>**Cleveland, OH 44124** | **PCO Mayfield, Ltd.**<br>**5001 Mayfield Road**<br>**Suite 207**<br>**Cleveland, OH 44124** | **Trade debt** | **Unliquidated** | **41,819.98** |
| **Standard Funding Corp**<br>**PO Box 9011**<br>**Syosset, NY 11791** | **Standard Funding Corp**<br>**PO Box 9011**<br>**Syosset, NY 11791** | **Trade debt** | **Unliquidated** | **39,140.83** |
| **Lake Hospital Foundation**<br>**10 E. Washington Street**<br>**Painesville, OH 44077** | **Lake Hospital Foundation**<br>**10 E. Washington Street**<br>**Painesville, OH 44077** | **Trade debt** | **Unliquidated** | **25,565.30** |
| **Newell Creek Preserve, LLC**<br>**10474 Broadview Road**<br>**Broadview Heights, OH 44147** | **Newell Creek Preserve, LLC**<br>**10474 Broadview Road**<br>**Broadview Heights, OH 44147** | **Trade debt** | **Unliquidated** | **17,134.06** |
| **Madison R.E. Developers, LLC**<br>**1110 Euclid Avneue #300**<br>**Cleveland, OH 44115** | **Madison R.E. Developers, LLC**<br>**1110 Euclid Avneue #300**<br>**Cleveland, OH 44115** | **Trade debt** | **Unliquidated** | **16,641.07** |
| **AGCS Marine Insurance Company**<br>**PO Box 0522**<br>**Carol Stream, IL 60132** | **AGCS Marine Insurance Company**<br>**PO Box 0522**<br>**Carol Stream, IL 60132** | **Trade debt** | **Unliquidated** | **14,452.31** |

B4 (Official Form 4) (12/07) - Cont.

In re **Great Plains Exploration, LLC**                                              Case No.

                                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| GEO Services<br>PO Box 824<br>Cambridge, OH 43725 | GEO Services<br>PO Box 824<br>Cambridge, OH 43725 | Trade debt | Unliquidated | 11,760.00 |
| Typro Ltd.<br>31000 Aurora Road<br>Solon, OH 44139 | Typro Ltd.<br>31000 Aurora Road<br>Solon, OH 44139 | Trade debt | Unliquidated | 10,923.19 |
| GE Capital<br>PO Box 644479<br>Pittsburgh, PA 15264 | GE Capital<br>PO Box 644479<br>Pittsburgh, PA 15264 | Trade debt | Unliquidated | 7,221.57 |
| Newell Creek Development Company<br>10474 Broadview Road<br>Broadview Heights, OH 44147 | Newell Creek Development Company<br>10474 Broadview Road<br>Broadview Heights, OH 44147 | Trade debt | Unliquidated | 5,363.02 |
| J.R. Smail, Inc.<br>PO Box 1157<br>Wooster, OH 44691 | J.R. Smail, Inc.<br>PO Box 1157<br>Wooster, OH 44691 | Trade debt | Unliquidated | 5,066.88 |
| W & W Construction<br>284 Richmond Street<br>Painesville, OH 44077 | W & W Construction<br>284 Richmond Street<br>Painesville, OH 44077 | Trade debt | Unliquidated | 4,940.21 |
| Steve Calabrese<br>c/o CRM<br>1110 Euclid Avenue<br>#300<br>Cleveland, OH 44115 | Steve Calabrese<br>c/o CRM<br>1110 Euclid Avenue<br>Cleveland, OH 44115 | Royalty payment | Unliquidated | 4,884.87 |
| Inglewood Associates, LLC<br>22239 Parnell Road<br>Shaker Heights, OH 44122 | Inglewood Associates, LLC<br>22239 Parnell Road<br>Shaker Heights, OH 44122 | Consulting Services | Unliquidated | 4,487.31 |
| Hoover Oil Field Supply<br>PO Box 965<br>Warren, PA 16365 | Hoover Oil Field Supply<br>PO Box 965<br>Warren, PA 16365 | Trade debt | Unliquidated | 3,914.14 |
| CAPCO<br>c/o Guggenheim, Inc.<br>23215 Commerce Park<br>Suite 214<br>Beachwood, OH 44122 | CAPCO<br>c/o Guggenheim, Inc.<br>23215 Commerce Park<br>Beachwood, OH 44122 | Trade debt | Unliquidated | 3,724.08 |

**B4 (Official Form 4) (12/07) - Cont.**

In re  **Great Plains Exploration, LLC**                                                           Case No.          
                                       Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

      I, the CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **January 11, 2012**                      Signature  **/s/ Richard M. Osborne**
                                                                                **Richard M. Osborne**
                                                                                 **CEO**

      *Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                                                        18 U.S.C. §§  152 and 3571.

4 Seasons Outdoor Power Equipment
30013 Euclid Avenue
Wickliffe, OH 44092

Acacia Resources, LLC
8500 Station Street
Suite 345
Mentor, OH 44060

AGCS Marine Insurance Company
PO Box 0522
Carol Stream, IL 60132

AGGCorp
PO Box 219
Westerville, OH 43086

Airgas Great Lakes
PO Box 802576
Chicago, IL 60680

Akzo Nobel Paints, LLC
7444 Mentor Avenue
Mentor, OH 44060

Aqua Ohio, Inc.
8644 Station Street
Mentor, OH 44060

AT&T
PO Box 5080
Carol Stream, IL 60197

Beaver Oil
7840 Ravenna Road
Painesville, OH 44077

John Beaver
7840 Ravenna Road
Painesville, OH 44077

Best Truck Equipment, Inc.
38399 Pelton Road
Willoughby, OH 44094

Big Oats Oil Field Supply
38700 Pelton Road
Willoughby, OH 44094

Ruth Ellen Brainard
327 N. Amboy Road
Conneaut, OH 44030

Bruce O. Beaty Truste
6646 Shannon Lane
Mentor, OH 44060

Buckeye Mountain
PO Box 689
Willoughby, OH 44096

Steve Calabrese
c/o CRM
1110 Euclid Avenue
#300
Cleveland, OH 44115

CAPCO
c/o Guggenheim, Inc.
23215 Commerce Park
Suite 214
Beachwood, OH 44122

Caterpillar Financial
Services Corporation
PO Box 730669
Dallas, TX 75373

Cintas Corporation #259
Cintas Corp Location 259/T90
PO Box 630910
Cincinnati, OH 45263

City Wide Telemessaging Center
706 Twelfth Street N.W.
Canton, OH 44703

Colonial Plaza Limited Liability
c/o USA Management
35110 Euclid Avenue
Willoughby, OH 44094

Columbus Equipment Company
PO Box 951400
Cleveland, OH 44193

Thomas J. Davis
12480 Chamberlain Road
Aurora, OH 44202

Deltawave Communications
PO Box 3593
Morgan City, LA 70381

Dominion East Ohio
PO Box 26225
Richmond, VA 23260

```
Dworken & Bernstein, LPA
60 South Park Place
Painesville, OH 44077

Electronic Design for Industry
100 Ayers Blvd.
Belpre, OH 45714

Eye-Will Development
759 Lakshore Blvd.
Suite F
Painesville, OH 44077

Dora Ann Farley
PO Box 211
Flat Top, WV 25841

Fergus Electric Co-Op
84423 US Highway 87
Lewistown, MT 59457

Ronald C. Filson
5700 Vrooman Road
Painesville, OH 44077

First National Bank
4140 E. State Street
Hermitage, PA 16148

Ford Credit
PO Box 55000
Department#267901
Detroit, MI 48255

Frank W. Fugman
12682 Chamberlain Rd
Aurora, OH 44202

Gallion Trucking & Exc.
5434 West Loveland Road
Madison, OH 44057

GE Capital
PO Box 644479
Pittsburgh, PA 15264

GEO Services
PO Box 824
Cambridge, OH 43725

Grainger
Dept. 866009731
Palatine, IL 60038
```

Charles L.Graniteo, Jr.
5851 Taylor Road
Painesville, OH 44077

Paul Hach, II
1034 West Jackson Street
Painesville, OH 44077

Heisley Tire & Brake, Inc.
5893 Heisley Road
Mentor, OH 44060

Herda's Truck Repair, Inc.
7214 Industrial Park Blvd.
Mentor, OH 44060

Home Depot Credit Services
Dept. 32-2013958016
PO Box 183175
Columbus, OH 43218

Hoover Oil Field Supply
PO Box 965
Warren, PA 16365

Hovis Auto Supply
43025 W. Central Ave.
Titusville, PA 16354

IEBT Corporation
PO Box 266
Mogadore, OH 44260

Illuminating Company
First Energy Claims Department
76 South Main Street
Akron, OH 44308

Inglewood Associates, LLC
22239 Parnell Road
Shaker Heights, OH 44122

J.R. Smail, Inc.
PO Box 1157
Wooster, OH 44691

Jiggy LTD.
6011 Heisley Road
Mentor, OH 44060

John D. Oil and Gas Company
8500 Station Street, Suite 100
Mentor, OH 44060

John D. Oil and Gas Marketing
8500 Station Street, Suite 100
Mentor, OH 44060

John D. Resources, LLC
8500 Station Street, #100
Mentor, OH 44060

Komatsu Financial
PO Box 99303
Chicago, IL 60693

Kramer Printing Company
8634 Station Street
Mentor, OH 44060

Lake Health
PO Box 714031
Columbus, OH 43271

Lake Hospital Foundation
10 E. Washington Street
Painesville, OH 44077

Lake Hospital System, Inc.
PO Box 714031
Columbus, OH 43271

Lake National Bank
PO Box 1048
Mentor, OH 44061

George Lassnick
7853 Proctor Road
Painesville, OH 44077

Roger J. Loecy
9940 Chardon Road
Chardon, OH 44024

Steve J. Lovick
7080 Ravenna Road
Painesville, OH 44077

M.J. Auto and Truck Parts
7900 Tyler Blvd
Mentor, OH 44060

Madison R.E. Developers, LLC
c/o CRM
1110 Euclid Avenue, #300
Cleveland, OH 44115

Karen J. McDeavitt
5807 Taylor Road
Painesville, OH 44077

Mentor Energy Resources
8500 Station Street, #100
Mentor, OH 44060

Mentor Hardware
8877 Mentor Avenue
Mentor, OH 44060

Mentor Industrial Park Ltd Partnership
31000 Aurora Road
Solon, OH 44139

Mentor-Bard Properties, LLC
6011 Heisley Road
Mentor, OH 44060

Midway Industrial Campus Co. Ltd.
1110 Euclid Avenue #300
Cleveland, OH 44115

MIT Enterprises, LLC
8959 Tyler Blvd.
Mentor, OH 44060

Multi Products Company
7188 State Route 39 East
Millersburg, OH 44654

Newell Creek Development Company
10474 Broadview Road
Broadview Heights, OH 44147

Newell Creek Preserve, LLC
10474 Broadview Road
Broadview Heights, OH 44147

Daniel J. and Ann O'Leary
7810 Ravenna Road
Painesville, OH 44077

Ohio CAT
Box 774439
4439 Solutions Center
Chicago, IL 60677

Orwell Natural Gas
8500 Station Street, Suite 100
Mentor, OH 44060

```
Orwell-Trumbull Pipeline Company
3511 Lost Nation Rd.
Suite 113
Willoughby, OH 44094

OsAir, Inc.
8500 Station Street, Suite 113
Mentor, OH 44060

Beth Ann Osborne
7321 Markell Road
Willoughby, OH 44094

Greg Osborne
8470 Station Street
Mentor, OH 44060

Nathan Osborne
9476 Stonemill Drive
Mentor, OH 44060

C.W. Elliot and Linda Paine
9137 Booth Road
Mentor, OH 44060

Elisabeta I. Pastor
1104 W. Jackson Street
Painesville, OH 44077

PCO Mayfield, Ltd.
5001 Mayfield Road
Suite 207
Cleveland, OH 44124

Peachtree Business
PO Box 935021
Atlanta, GA 31193

Pocahontas Land Corporation
PO Box 1517
Bluefield, WV 24701

Quality Boring & Excavating
PO Box 12
Newbury, OH 44065

RT 44 LLC
8109 Crile Road
Painesville, OH 44077

Sharyn E. Schmidt
38429 Hastings Avenue
Willoughby, OH 44094
```

Laura L. Seely
12492 Chamberlain Road
Aurora, OH 44202

Armen R. Shockey
1090 W. Jackson Street
Painesville, OH 44077

Sievers Security, Inc.
18210 St. Clair Avenue
Cleveland, OH 44110

Standard Funding Corp
PO Box 9011
Syosset, NY 11791

Staples Credit Plan
Dept. 51-7818012451
PO Box 689020
Des Moines, IA 50368

Typro Ltd.
31000 Aurora Road
Solon, OH 44139

W & W Construction
284 Richmond Street
Painesville, OH 44077

Waids Rainbow Rentals, Inc.
10200 Sweet Valley Drive
Cleveland, OH 44125

Westfield Insurance
PO Box 9001566
Louisville, KY 40290

Jim Williams