FILED
8/30/13 4:29 pm
CLERK
U.S. BANKRUPTCY
COURT - ERIE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>GREAT PLAINS EXPLORATION, LLC,<br>*Debtor* | Case No. 12-10058-TPA<br><br>Chapter 11 |
| WELLS FARGO EQUIPMENT<br>FINANCE, INC.<br>*Movant,* | Related to Doc. No. 286, 607 |
| v.<br>GREAT PLAINS EXPLORATION, LLC,<br>*Respondent.* | |

## *ORDER*

A continued hearing on the **Motion for Relief from Stay** ("Motion") filed by Wells Fargo Equipment Finance, Inc. at Doc. No. 286 was held this date. Wells Fargo has also requested an evidentiary hearing on this *Motion*, and the Debtor agrees that there are factual issues in dispute. In recognition of the quickly-approaching September 23rd deadline for the Debtor to file a *Second Amended Plan* and accompanying *Disclosure Statement*, Wells Fargo said it recognized that the Court would likely defer ruling on the *Motion* to allow that process to play out first, and it did not object to a reasonable delay for that purpose.

Wells Fargo did point out, however, that it was puzzled as to why the Debtor is opposing the *Motion* and fighting to retain the equipment which is the subject of the *Motion* when in the Debtor's prior plan efforts there was no indication whatsoever that the equipment was going to be utilized in the reorganization. The Court has not independently confirmed the accuracy of Wells Fargo's contention, but if true it would certainly raise a legitimate issue. The Court will presume at this time that the Debtor is proceeding on a good faith basis in opposing the *Motion*, subject to a possible reconsideration of that conclusion if warranted.

AND NOW, this **29th** day of ***August, 2013***, it is **ORDERED, ADJUDGED** and **DECREED** that the *Motion* is **continued generally** until the time of hearing on the *Second Amended Disclosure Statement* which is to be filed. If an evidentiary hearing is necessary, it will be scheduled to occur within 15 days thereafter if possible.

_____
Thomas P. Agresti, Chief Judge
United States Bankruptcy Court

Case administrator to serve:
    Robert Bernstein, Esq.
    Scott Schuster, Esq.
    Frederick Rapone, Esq.
    Andrew Kassner, Esq.
    Lawrence C. Bolla, Esq.
    Kathleen Robb, Esq.