IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: <br> OZ GAS, LTD, <br> *Debtor* | : Case No. 12-10057-TPA <br> : <br> : Chapter 11 <br> : <br> : Related to Doc. Nos. 781, 783, 803 |

| | |
|---|---|
| IN RE: <br> GREAT PLAINS EXPLORATION, LLC, <br> *Debtor* | : Case No. 12-10058-TPA <br> : <br> : Chapter 11 <br> : <br> : Related to Doc. No. 742, 744, 761 |

| | |
|---|---|
| IN RE: <br> JOHN D. OIL AND GAS COMPANY <br> *Debtor* | : Case No. 12-10063-TPA <br> : <br> : Chapter 11 <br> : <br> : Related to Doc. No. 578, 580, 599 |

### *ORDER*

The Debtors in each of these three cases has filed a ***Third Amended Chapter 11 Plan*** ("Plan"), and an accompanying ***Third Amended Plan Summary*** and ***Third Amended Disclosure Statement*** ("Disclosure Statement"). Following a status conference held on December 12, 2013, the Court set January 21, 2014 as the deadline for filing objections to the *Disclosure Statement* and scheduled a hearing on the *Disclosure Statement* for January 27, 2014. On January 16, 2014 the Debtors each filed a ***Motion to Continue Hearing on Third Amended Disclosure Statement and to Extend Deadline for Objections*** ("Motion"). Based on the history of the cases, the Court thought

it would be best to convene an informal telephone status conference among the key players before deciding what to do, and that was held on January 21, 2014 at 2:00 P.M.

Representatives of the Debtors, the United States Trustee, the Official Committee of Unsecured Creditors, RBS, and Wells Fargo participated in the status conference. It was the unanimous view of all participants that, because there is no proposed private sale in existence at this time, and will not be prior to the *Disclosure Statement* hearing date, the *Disclosure Statement* cannot be approved and the *Plan* cannot be confirmed. Based on that, all agreed that it would be futile to proceed any further with the consideration of any plan of reorganization until the Debtors can show why the cases should not be converted, or have Chapter 11 Trustees appointed, something that will be set in motion by a separate order.

AND NOW, this **22nd** day of ***January, 2014***, for the reasons stated above and at the time of the informal status conference, it is **ORDERED, ADJUDGED** and **DECREED** that,

(1)    The *Disclosure Statement* and the *Plan* are **DENIED**, and the hearing previously scheduled for January 27, 2014 is **CANCELLED**.

(2)    The *Motion* is **DENIED as moot**.

Thomas P. Agresti, Judge
United States Bankruptcy Court

Case administrator to serve:
Robert Bernstein, Esq.
Lawrence C. Bolla, Esq.
Andrew Kassner, Esq.
Frederick Rapone, Esq.

Scott Schuster, Esq.
Kathy Robb, Esq.
Kurt Sundberg, Esq.