

FILED
FEB 24 2014
CLERK, U.S. BANKRUPTCY COURT
WEST. DIST. OF PENNSYLVANIA
ERIE OFFICE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>OZ GAS, LTD,<br>*Debtor* | Case No. 12-10057-TPA<br><br>Chapter 11<br><br>Related to Doc. Nos. 811 |

| | |
|---|---|
| IN RE:<br>GREAT PLAINS EXPLORATION, LLC,<br>*Debtor* | Case No. 12-10058-TPA<br><br>Chapter 11<br><br>Related to Doc. No. 767 |

| | |
|---|---|
| IN RE:<br>JOHN D. OIL AND GAS COMPANY<br>*Debtor* | Case No. 12-10063-TPA<br><br>Chapter 11<br><br>Related to Doc. No. 605 |

## ORDER

AND NOW, this 24th day of February, 2014, after a hearing held this date on the ***Orders to Show Cause*** issued at the Docket Nos. as shown above, and based on the representations made at the hearing, and the Court finding that appointment of Chapter 11 Trustees for cause in these cases pursuant to *11 U.S.C. §1104(a)* would be appropriate, and the Debtors having asked for a short period of time to attempt to reach an agreement with interested Parties that could eliminate the need for the appointment of a Trustee, and the interested Parties not opposing a brief extension of time for that purpose, it is ***ORDERED, ADJUDGED*** and ***DECREED*** that,

(1) **On or before March 17, 2014** the Debtors in each of these three cases shall file a Notice to indicate whether or not they have reached an agreement with RBS Bank that they in good faith believe will allow them to submit confirmable plans. said Notice is to include the affirmation of RBS Bank in this regard.

(2) If the Debtors in each of these three cases is able to reach an agreement as described in Paragraph 1, then **on or before March 17, 2014** they shall also file a motion asking that the Court stay the appointment of a Chapter 11 Trustee by the United States Trustee pending the plan confirmation process.

(3) Unless directed to do otherwise by the Court prior thereto, **on March 18, 2014** the United States Trustee shall appoint a Chapter 11 Trustee in these three cases.

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

Case administrator to serve:
Robert Bernstein, Esq.           Scott Schuster, Esq.
Lawrence C. Bolla, Esq.          Kathy Robb, Esq.
Andrew Kassner, Esq.             Erica Koehl, esq.
Frederick Rapone, Esq.