| No. | Description |
|---|---|
| | **Oz Gas, LTD - Great Plains Exploration LLC - Mentor, OH Location** |
| 1 | Schramm Model T130XD Roto Drill; S/N J130-0206, Vin #1CYDGV6868T048019 (2008) **Appears to be in Very Good Condition - Drill Capacity Depth 4,500 Feet - This Unit Appears to Have Hydraulic Head on Ear of Machine - Easton Fuller Transmission - Detroit Diesel Engine - To Be Sold with Load Safe Handler** Schramm "Load Safe" Pipe Handling System on Aspen Trailer; Vin #2A9PF40218N125169 (2008) **Unit Appears to be in Good Condition - This Unit Should be Sold with Schramm T130XD Drill Rig - Grab Clamp had 11" Clearance - Appears to Handle 10" Capacity Pipe** |
| 2 | (Lot) (75) Approx. Pieces 5" Diameter X 30' Long Drill Pipe |
| 3 | (2) 1,000 Gallon (Approx.) Fuel Tanks |
| 4 | (Lot) (60) Approx. Pieces 5" Diameter 30" Long Drill Pipe |
| 5 | Dickerson Model D35TLD Oil Field Trailer; VIN # 1D935TLD57R033612, Tandem Axle, with Guard Rails |
| 6 | Ingersoll Rand Model XHP1170 Frame Cat SSTD Air Compressor; S/N 378637UKQB78, Cat Engine Model C15, 717 Max HP (2006) |
| 7 | Ariel Model JGQ/2 Air Booster; S/N F-24930, with Cut C7 "Acart", 250 HP, Diesel Engine; S/N JTF00860 (2006) |
| 8 | Stanton Dynamics Model DT-40 Oil Field "Doghouse" Work Station Trailer; VIN # 1S9SF412685834172 (2008) |
| 9 | Caterpillar D6RX Series III Dozer, Cat C-9 Diesel Engine, Undercarriage in Good Condition with Paccar Winch (2007) **Unit Appears to be In Good Condition** |
| 10 | Screen Machine Model 4043T "Impact" Portable Crusher with Discharge Magnet; /SN D4043T-1 and JG2035 (2007) |
| 11 | Terex Finley Model 683 "Supertrak" Portable Crawler Screening Plant with 75' (Approx.) Incline Conveyor |
| 12 | Dragon Products 130 BBC Tandem Axel Steel Tank Trailer; VIN #1UNSJ42238L064256 |
| | |
| | **Oz Gas, LTD - Great Plains Exploration LLC - Tidioute, PA Location** |
| 1 | Mack Road Tractor; Oilfield Machine Special with Dickerson Roller Trailer Winch, Tandem Axle, Mack Engine, Vacuum Pump, 154,000 Miles (2008) Vin #1M2AG10C57M060418 |
| 2 | (130) Barrel Dragon Water Trailer; S/N 63922 (2008) Vin #1UNST42298L063922 |
| 3 | Ford F250 4X4 Pickup Truck; Gas Engine, 93,800 Miles *Under Repair* (2009) Vin #1FTNF21569EA39850 |
| 4 | Ford F250 4X4; Diesel Engine, 111,000 Miles (2006) Vin #1FTSX21P06EA72551 |
| 5 | (Lot) Supplies - Stihl Saws |



| 6 | Miller Model 350XL Tig Welder |
| 7 | Miller Blue Star 180K Welder; Trailer Mount |
| 8 | (Lot) Water Pumps, Weed Trimmers and Pipe Fittings |
| 9 | Komatsu Model PC27MR-3 Mini Excavator; S/N 20094, 682 Hours, 24" Bucket (2008) |
| 10 | (Lot) Pipe Fitting and Rigid Threaders |
| 11 | Scag Zero Turn Mower |
| 12 | (Lot) Scaffolding |
| 13 | 80 Gallon Ingersoll Rand Vertical Air Compressor |
| 14 | Scag Zero Turn Mower |
| 15 | John Deere Model 6410S Tractor with Model 640 Front End Loader; 2,581 Hours, Product ID #L06410V28299 |
| 16 | John Deere Model 300D Rubber Tire Backhoe Loader; 4-Wheel Drive, S/N 3608, 3,388 Hours, Product ID# T0300DF783608 |
| 17 | Case Model 445CT Skid Steer Rubber Track Loader; N7M458832, 456 Hours |
| 18 | Bandit Model 007XP Series Wood Chipper; 4-Cylinder Cummins Engine *Under Repair* |
| 19 | Bandit Model 254 Chipper; 163 Hours, S/N 001650 |
| 20 | Bandit Model 250PTOXP 3-Point Hitch Chipper; S/N 014390 |
| 21 | Honda Forman Model ES 4-Wheeler |
| 22 | Miller Bobcat Model 250 Welder / 10,500 Watt Gen Set, Gas Power |
| 23 | Sky-Trak Model 60364; S/N 5394, 4-Wheel Drive, Multi Steer Telehandler, 3,660 Hours |
| 24 | 6,400 LB Toyota Model 7FDU35 Diesel Power, Dual Pneumatic Tire Lift Truck; S/N 62106, 3-Stage Mast, 614 Hours |
| 25 | Miller Millermatic 252 Welder |
| 26 | Thermal Dynamics Plasma Cutter, Model Cut-Master 81 |
| 27 | Knife Source Model SKG-53 Wood Chipper Knife Grinder; S/N 126 (2009) |
| 28 | (Lot) Assorted Shop Equipment |
| 29 | 5 Ton Excel Crane |
| 30 | Honda Forman Model 35 4-Wheeler |
| 31 | Kawasaki Model 3010 Gas Mule, 626 Hours |
| 32 | Kawasaki Trans 4X4 Gas Mule; 687 Hours |
| 33 | Kawasaki Single Seat 4X4 Mule; Diesel Power with Fuel Tank, 490 Hours |
| 34 | Kawasaki Double Seat 4X4 Mule Model 3010, Diesel Power, 1,020 Hours |
| 35 | 540 HP Caterpillar Model C15 Diesel Powered Ingersoll Rand Air Compressor; Skid Type, 329 Hours |
| 36 | 1,000 Gallon Fuel Tank - Skid Mounted |
| 37 | Stanton Dynamics Step Deck / Roller Tail Trailer; Vin #1S9SD37238S834112 (2008) |

| 38 | Atlas Copco Type T2H-750-HRZ Air Powered Drilling Rig; S/N 21055, with Integrated Air Compressor on 2006 International 7600 Tandem Axle Truck, Vin #1HTWYSBT77J415698, Double Frame, Cat Engine with 28,500 Miles / 7,400 Hours (2006) |
| --- | --- |
| 39 | Tar Buggy |
| 40 | Hyster Diesel Power Lift Truck; Model P60A, S/N 2495, 728 Hours Showing |
| 41 | Dickerson Pulling Rig on 2008 Chevy Model C5500 4X4 Truck; Duramax Diesel, 6,900 Miles, 4-Wheel Drive, Vin # 1GBE5C3909F400318 |
| 42 | (2) Ski-Doo Snow Mobiles |
| 43 | Buhler Snow Blower |
| 44 | John Deere Planter Machine |
| 45 | Ford F350 Extended Cab, 4X4, Gas Pick Up Truck; Vin #1FT7X3B61DEB20329, 32,000 Miles (2013) |
| 46 | Nor-am Weiler Road Grade Model 65E; S/N 65ET-9489, 520 Hours |
| 47 | Dickerson Model TLB-T50 Drop-Deck Roller Tail Trailer; S/N 940TLV47R033635 |
| 48 | Stanton Dynamics Model VTR43 Trailer; Beaver Tail (2008) Vin #1S9SD44248S834162 |
| 49 | Fontaine Flatbed Trailer; Lic #TNE 3994 |
| 50 | Caterpillar Model 308DR-CR Mini Excavator, 946 Hours |
| 51 | Komatsu Model 75R Mini Excavator with Grapple; Model PC75, S/N 22E5210259 |
| 52 | Caterpillar Model D5C Dozer, 4,128 Hours |
| 53 | Ford F250 Snow Plow Truck, 4-Wheel Drive, with "Boss" Snow Plow, 59,000 Miles (2010), Vin #1FTNF2B57AEA62931 |
| 54 | (Lot) Large Quantity of Rough Cut Sawn Lumber |
| | |
| | **Oz Gas, LTD - Great Plains Exploration LLC - Winifred, MT Location** |
| 1 | 2007 Stanton Dynamics Model DT40 "Doghouse" Oilfield Trailer; VIN # 1S9SF41217S834111, Lic # TNX7587, with Miller Bobcat Welder Bobcat 250, 10,500 Watt Generator; S/N LH005759, Stock # 907211 |
| 2 | 2007 Stanton Dynamics Model FF34 Flatbed Tandem Axle Trailer; VIN # 1S9SF352878834110, Lic # TNX4889 |
| 3 | 2007 Caterpillar Generator Set Model D50-45; S/N CAT00C44KN4D0, Caterpillar Model C4.4 Diesel Generator, Product ID# CAT00C44PN4D00606, EMCP3.1, 45 KVA, 45KW |
| 4 | 2,500 Gallons (Approx.) Fabricated Diesel Fuel Tank |
| 5 | (Lot) Miscellaneous Well Supplies |
| 6 | 09/2007 "Dragon" 130 BBL. Tanker Tandem Axle Diesel Wheel Trailer; S/N 52064, VIN # 1UNST42227L052064, Lic # 4331 |
| 7 | Dickerson Model D45TLD 40' Tandem Axle Equipment Trailer; S/N 1D945TLDX7R033657, Lic # 7582 |

| 8 | (78) Pieces Drill Stem Pipe |
|---|---|
| 9 | Dickerson Model TLB50 40' Equipment Trailer; S/N 4608, with Winch, Tandem Axle, Lic # TNT 4330, S/N 4608, Trailer #F1 |
| 10 | (72) Pieces Drill Stem Pipe |
| 11 | 2003 Talbert 35 Ton Lowboy Dropdeck Model TDW-35SA-HRG-1-T1; Vin #40FS04442331022632, Lic #TNC5901 |
| 12 | 2008 Caterpillar Model 330D (L) Excavator; ID # CAT6330DJMWP02514, 480 HP Cat Model C9 Engine (2008), THX1 Engine Family 8CPXL08.8ESK, 84" Bucket on Machine, 44" Bucket (Extra), 26" Bucket |
| 13 | 2008 Caterpillar Model D6TXC Dozer Track Type; S/N LAY00881, 125" Blade, 200 HP Cat Model C9 Diesel Engine; S/N THX14952, with Paccar Model PP33-B00100B Winch; S/N 0704869 |
| 14 | (2) 5,000 Gallon (Approx.) Skid Mounted Tanks; S/N 13692 and 13691 (Red) |
| 15 | (1) Oilfield Pipe Tub |
| 16 | (1) Platform Deck Base for Atlas Copco Drill Rig |
| 17 | 8" Continental Easco Model D-375 Mud Pump; S/N 1953, with Cat Diesel Generator, Engine Model C15; Engine S/N JRE02339, 540 HP |
| 18 | International Swab Truck Model 7300DT466 with Dickerson Rig, Vin & S/N to be Verified |
| 19 | 2008 Atlas Copco Model RD20 III Tridem Top Head Drive Rotary Drilling Rig; S/N 21052, with Caterpillar C-27 Diesel Deck Engine, Range III Mast with 120,000 Lb. of Pull Back, Main and Auxiliary Hydraulic Winches, Hydraulic Jib, Cat Triplex Water Injection Pump, Oil Injection System, Vapor Derrick Work Lights, 3-Hydarulic Outriggers, Rear Fold-Up Platform with (2) Hydraulic Leveling Jacks, 7-Rod Carousel, Mounted on a 2008 Crane Carrier Chassie; VIN #1CYDGV5837T047748, with Caterpillar C-13 Diesel Engine, Eaton Fuller 8-LL Transmission, Dual Front Axle Steering, Three Rear Live Drive Axles, Walking Beam Suspension, Good Size 425/65r22.5 Front Tires and Good Size 12R22.5 Rear Tires |
|  |  |