March 10, 2016

Richard M. Osborne, Jr.

## GAS PRODUCTION
## ROYALTY REMITTANCE INVOICE
### December-14

| | | | |
|---|---|---|---|
| **Tin Man #1** | | 0 | 261 MCF |
| Total Production | | | 261 MCF |
| BTU Content Factor | (1,000/1,000) | | 1.000 |
| Adjusted DTH | | | 261.00 DTH |
| Gross Sale Price | | | 3.006700 |
| Gross Proceeds | | $ | 784.75 |
| Less: Severence (Excise) Tax | | | 7.83 |
| Net Proceeds | | $ | 776.91 |
| Royalty Rate | 1/8 | | 0.125 |
| Net Royalty | | $ | 97.11 |

|  |  |
|---|---|
| 46.80% to Richard M. Osborne, Jr. | $45.45 |
| 24.89% to Beth Osborne | $24.17 |
| 28.31% to Jiggy, Ltd. | $27.49 |
| | $97.11 |