March 14, 2016

Jiggy, Ltd.
6011 Heisley Road
Mentor, OH  44060

## GAS PRODUCTION
## ROYALTY REMITTANCE INVOICE
### December

| | | | |
|---|---|---|---|
| **Tin Man #1** | (12/01/2011-01/01/2012) | | 191 MCF |
| Total Production | | | 191 MCF |
| BTU Content Factor | (1,000/1,000) | | 1.000 |
| Adjusted DTH | | | 191.00 DTH |
| Gross Sale Price | | | 7.370000 |
| Gross Proceeds | | $ | 1,407.67 |
| Less: Severence (Excise) Tax | | | 4.78 |
| Net Proceeds | | $ | 1,402.90 |
| Royalty Rate | 1/8 | | 0.125 |
| Net Royalty | | $ | 175.36 |
| | 71.69% to Richard M. Osborne | | $125.72 |
| | 28.31% to Jiggy, Ltd. | | $49.64 |
| | | | $175.36 |

March 14, 2016

Richard M. Osborne, Jr.

## GAS PRODUCTION
## ROYALTY REMITTANCE INVOICE
### December

| | | | |
|---|---|---|---|
| **Tin Man #1** | (12/01/2011-01/01/2012 | | 191 MCF |
| Total Production | | | 191 MCF |
| BTU Content Factor | (1,000/1,000) | | 1.000 |
| Adjusted DTH | | | 191.00 DTH |
| Gross Sale Price | | | 3.500000 |
| Gross Proceeds | | $ | 668.50 |
| Less: Severence (Excise) Tax | | | 5.73 |
| Net Proceeds | | $ | 662.76 |
| Royalty Rate | 1/8 | | 0.125 |
| Net Royalty | | $ | 82.85 |

| | |
|---|---|
| 46.80% to Richard M. Osborne, Jr. | $38.78 |
| 24.89% to Beth Osborne | $20.62 |
| 28.31% to Jiggy, Ltd. | $23.44 |
| | $82.85 |