Case 12-10058-TPA    Doc 1775-1    Filed 01/05/17    Entered 01/05/17 18:23:44    Desc
Exhibit    Page 1 of 2

1/4/17 at 15:16:18.93

Great Plains Exploration, LLC
Cash Account Register
For the Period From Dec 1, 2016 to Dec 31, 2016
1006-00 - Checking Acct. - LNB-Post

Page: 1

Filter Criteria includes: Report order is by Transaction Date.

| Date | Reference | Type | Payee/Paid By | Memo | Receipt Amt | Payment Am | Balance |
|---|---|---|---|---|---|---|---|
| 12/1/16 | | | Opening Balance | | 16,642.44 | | 16,642.44 |
| 12/1/16 | ACH1712051317 | Payment | Visa | | | 2,095.39 | 14,547.05 |
| 12/1/16 | ACH1712052887 | Payment | Visa | | | 1,026.27 | 13,520.78 |
| 12/5/16 | Transfer funds | Gen. Jrnl. | | | 235,000.00 | | 248,520.78 |
| 12/5/16 | 11098 | Payment | Barrington | | | 1,625.00 | 246,895.78 |
| 12/5/16 | 11099 | Payment | Geiger | | | 16,911.80 | 229,983.98 |
| 12/5/16 | 11100 | Payment | Guy C. Fustine, Trus | | | 36,234.35 | 193,749.63 |
| 12/5/16 | 11101 | Payment | Guy C. Fustine, Trus | | | 25,000.00 | 168,749.63 |
| 12/5/16 | 11102 | Payment | Knox Law | | | 140,826.04 | 27,923.59 |
| 12/5/16 | 11103 | Payment | Business Consulting | | | 9,565.11 | 18,358.48 |
| 12/5/16 | 1716 | Receipt | PCO | 12/5/16 | 300.00 | | 18,658.48 |
| 12/6/16 | ACH120816 | Payment | Ohio Payroll | | | 88.81 | 18,569.67 |
| 12/6/16 | 1557 | Receipt | John D. Oil | 12/6/16 | 8,861.11 | | 27,430.78 |
| 12/6/16 | 168507 | Receipt | 1st Source Bank | 12/6/16 | 125.69 | | 27,556.47 |
| 12/7/16 | 11104 | Payment | BWC | | | 1,595.00 | 25,961.47 |
| 12/7/16 | 11105 | Payment | United Health | | | 1,053.17 | 24,908.30 |
| 12/7/16 | 11106 | Payment | AT&T | | | 308.07 | 24,600.23 |
| 12/7/16 | 11107 | Payment | OOGA Services | | | 155.92 | 24,444.31 |
| 12/7/16 | 11108 | Payment | Orwell | | | 9.59 | 24,434.72 |
| 12/7/16 | 11109 | Payment | Orwell-Trumbull | | | 647.44 | 23,787.28 |
| 12/7/16 | 11110 | Payment | Aqua Ohio | | | 13.06 | 23,774.22 |
| 12/7/16 | 11111 | Payment | Ohio Rural natural g | Acct # 150/474000 | | 33.40 | 23,740.82 |
| 12/7/16 | 11112 | Payment | Illuminating | | | 112.55 | 23,628.27 |
| 12/7/16 | 11113 | Payment | Gas Analytical | | | 782.00 | 22,846.27 |
| 12/7/16 | 11114 | Payment | Business Consulting | | | 1,569.75 | 21,276.52 |
| 12/7/16 | 11115 | Payment | Dominion | Account # 00777 | | 516.97 | 20,759.55 |
| 12/7/16 | 11116 | Payment | Sunrise | | | 48.15 | 20,711.40 |
| 12/7/16 | 11117 | Payment | City of Mentor | Cust # 651 | | 59.51 | 20,651.89 |
| 12/7/16 | 11118 | Payment | Colonial Plaza | | | 49.56 | 20,602.33 |
| 12/7/16 | 11119 | Payment | Davis | | | 7.91 | 20,594.42 |
| 12/7/16 | 11120 | Payment | Fugman | | | 56.76 | 20,537.66 |
| 12/7/16 | 11121 | Payment | Graniteo - Royalties | | | 34.35 | 20,503.31 |
| 12/7/16 | 11122 | Payment | Jiggy | | | 485.89 | 20,017.42 |
| 12/7/16 | 11123 | Payment | Lake Hospital-Royal | | | 22.11 | 19,995.31 |
| 12/7/16 | 11124 | Payment | Loecy | | | 64.07 | 19,931.24 |
| 12/7/16 | 11125 | Payment | Lovick | | | 33.97 | 19,897.27 |
| 12/7/16 | 11126 | Payment | Madison - Royalties | | | 57.98 | 19,839.29 |
| 12/7/16 | 11127 | Payment | McDeavitt-Royalties | | | 6.48 | 19,832.81 |
| 12/7/16 | 11128 | Payment | Newell - Dev | | | 18.68 | 19,814.13 |
| 12/7/16 | 11129 | Payment | Paine, C.W. Eliot | | | 18.75 | 19,795.38 |
| 12/7/16 | 11130 | Payment | Pocahontas | | | 4.21 | 19,791.17 |
| 12/7/16 | 11131 | Payment | Seeley | | | 5.41 | 19,785.76 |
| 12/7/16 | 11132 | Payment | Thut | | | 8.76 | 19,777.00 |
| 12/7/16 | 11133 | Payment | Lake Hospital-Rev | | | 51.82 | 19,725.18 |

EXHIBIT A

1/4/17 at 15:16:19.03

## Great Plains Exploration, LLC
### Cash Account Register
### For the Period From Dec 1, 2016 to Dec 31, 2016
### 1006-00 - Checking Acct - LNB-Post

Filter Criteria includes: Report order is by Transaction Date.

| Date | Reference | Type | Payee/Paid By | Memo | Receipt Amt | Payment Am | Balance |
|---|---|---|---|---|---|---|---|
| 12/7/16 | 11134 | Payment | Madison | | | 164.26 | 19,560.92 |
| 12/7/16 | 11135 | Payment | Newell - Preserve | | | 52.92 | 19,508.00 |
| 12/7/16 | 11136 | Payment | PCO | | | 889.27 | 18,618.73 |
| 12/7/16 | 11137 | Payment | J.R. Smail | | | 168.97 | 18,449.76 |
| 12/9/16 | Payroll 12-9-16 | Gen. Jrnl. | | | | 4,665.73 | 13,784.03 |
| 12/16/16 | 1725 | Receipt | PCO | 12/16/16 | 300.00 | | 14,084.03 |
| 12/21/16 | 11139 | Payment | Gas Analytical | | | 517.50 | 13,566.53 |
| 12/23/16 | Payroll 12-23-16 | Gen. Jrnl. | | | | 6,860.13 | 6,706.40 |
| 12/23/16 | ACH122316 | Receipt | BP Canada Energy | 12/23/16 | 5,238.00 | | 11,944.40 |
| | | Total | | | 249,824.80 | 254,522.84 | |